# UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

        v.

**STEVEN TAPPIN,**

        **Defendant.**

**Case No. CR05-5276**

**INITIAL ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF BOND**

    **THIS MATTER** comes on for an initial hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of supervision by (1) driving with license suspended 1st degree 9/2/05; (2) failing to report citation for driving with licenses suspended 1st degree; (3) failing to report for testing on 8/11/05; September 6, 2005; and September 20, 2005; and (4) failing to attend no less than three AA/NA meetings per week.

    The plaintiff appears through Assistant United States Attorney, CAPTAIN KUECKER;

    The defendant appears personally and represented by counsel, RUSSELL LEONARD;

    The defendant was advised of the allegations and the maximum sanction if found to be inviolation.

    The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge KAREN L. STROMBOM.

    *Date of hearing:*    *September 30, 2005*

    *Time of hearing:*    2:00 p.m.

    **IT IS ORDERED** that the defendant:

    **( X ) Be detained** for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by The court for further proceedings.

    The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

    **September 26, 2005.**

    */s/ J. Kelley Arnold*
    **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1